J-A15039-20
J-A15040-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| MATTHEW EARLY, | : | |
| | : | |
| Appellant | : | No. 2159 EDA 2019 |

Appeal from the Judgment of Sentence Entered October 25, 2018
in the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0000769-2013

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| MATTHEW EARLY, | : | |
| | : | |
| Appellant | : | No. 2160 EDA 2019 |

Appeal from the Judgment of Sentence Entered October 25, 2018
in the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0000771-2013

BEFORE:  LAZARUS, J., KING, J. and STRASSBURGER, J.*

CONCURRING MEMORANDUM BY STRASSBURGER, J. Filed: August 13, 2020

I join the Majority's memorandum, excepting the Majority's holding that Appellant has not made a plausible claim of innocence.  ***See*** Majority Memorandum at 11-13.

---

* Retired Senior Judge assigned to the Superior Court.

There is a plausible claim of innocence because 1) the affidavits of probable cause stated that the victims had identified Appellant's brother as the shooter in the photo arrays, and 2) Appellant claims the surveillance video depicts the shorter of the two individuals, the brother, was the shooter and Appellant is taller.

However, I concur because withdrawal of Appellant's pleas would work substantial prejudice to the Commonwealth based on Commonwealth's loss of contact with one victim and three other witnesses.